**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Phoebe Wilson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   14 C 6626 |
| | ) | |
| Firstsource Advantage, LLC, a New York | ) | Judge Kocoras |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the

dismissal of her claims against the Defendant, without prejudice.

Dated: September 8, 2014

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2014, a copy of the foregoing **Notice of Voluntary Dismissal without Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on September 8, 2014, by 5:00 p.m.

James L. Duke, General Counsel
Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, New York 14228


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2