# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Phoebe Wilson

                    Plaintiff,

v.                                        Case No.: 1:14–cv–06626
                                                   Honorable Charles P. Kocoras

Firstsource Advantage, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2014:

       MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Plaintiff's Notice (Doc. no. [7]), this case is hereby dismissed without prejudice pursuant to F.R.C.P. Rule 41. Status hearing set for 10/9/2014 is hereby stricken. Civil case terminated. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.